Decided May 9, 2001

## STATE OF CONNECTICUT *v.* LEO LABBE

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 490 (AC 19410), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Robert P. Pickering*, special public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided May 16, 2001